IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE BRADSHAW,

    Petitioner,                    No. CIV S-02-0588 MCE CMK P

    vs.

JOE McGRATH, et al.,

    Respondents.              <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel with this application for a writ of habeas corpus. Petitioner seeks an extension of time to file objections to the findings and recommendations filed August 23, 2006 findings and recommendations.

 Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time is granted; and

    2. Petitioner is granted ten days from the date of this order in which to file objections. Any objections shall be due on or before September 23, 2006.

DATED: September 13, 2006.

                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE