IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE ANTOINE BRADSHAW, | | No. 2:02-cv-0588-MCE-CMK-P |
| Petitioner, | | |
| v. | | ORDER |
| J. McGRATH, et al., | | |
| Respondent. | | |
| _____/ | | |

     Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 13, 2006 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

     A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

///

1   For the reasons set forth in the magistrate judge's August 23, 2006 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4   IT IS SO ORDERED.
5 DATED: November 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE